IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA RICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:06-cv-734-TFM |
| | )     [wo] |
| MICHAEL J. ASTRUE, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

In accordance with the memorandum opinion entered herewith, it is

**ORDERED and ADJUDGED** that the decision of the Commissioner be and is hereby **REVERSED AND REMANDED** to the Commissioner for further consideration and proceedings consistent with the memorandum opinion entered herewith.

Done this 26th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE